RECEIVED
THE CHAMBERS OF
RICHARD D. BENNETT

SEP 25 2014

UNITED STATES DISTRICT COURT

9/23/14

Dear Hon. Richard D. Bennett,

My name is Aaron Kevin Howard 7/31/61 Case Number: (RDB-14-0216) I'm writing to see if you can help me in any way with one of my Medical Problems I have Glaucoma and I have been here at C.D.F. since April 22, 2014 when I came here, I told them I had Glaucoma and that I take 3 different eye drops 2 times a day and I post to have Laser Surgery.

Judge Bennett,

It took them 2 months to get me the eye drops and now I have lost my eye sight in my right eye since I been here now my left eye is brothing me, Its hard knowing I'm going Blind, can you please help me in any way you can, thanks for taking the time to read my letter.

Respectfully,

Aaron K. Howard #198-045
7/31/61
RDB-14-0216